IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| v. | § | CASE NUMBER 9:19-CR-7 |
| | § | JUDGE MICHAEL TRUNCALE |
| | § | |
| | § | |
| JUSTIN KEITH | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION

The Defendant, Justin Keith, filed a *pro se Motion for Compassionate Release* pursuant to 18 U.S.C. § 3582 on December 18, 2024. [Dkt. 69.] Pursuant to 28 U.S.C. § 636(b), the Local Rules for the United States District Court for the Eastern District of Texas, and a specific referral order [dkt. 72], this motion was referred to United States Magistrate Judge Zack Hawthorn on January 24, 2025. Judge Hawthorn recommended denying Keith's motion due to his failure to demonstrate extraordinary and compelling reason for a sentence reduction. [Dkt. 74.]

The Court has received and considered the report. The parties have not filed objections to the report and recommendation, and the time for doing so has passed. *See* 28 U.S.C. 636(b)(1). The Court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct, the Report is ADOPTED, and Keith's *pro se Motion for Compassionate Relief* [dkt. 69] is DENIED.

**SIGNED this 6th day of November, 2025.**

Michael J. Truncale
United States District Judge

1